UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

04 AUG 10 PM 3:44

SIG_____
by DEPUTY CLERK

| | |
|---|---|
| DAVID MATHIS | CIVIL ACTION |
| VERSUS | |
| BURL CAIN, WARDEN, ET AL. | NO. 00-940-C-M2 |

*consolidated with*

| | |
|---|---|
| JEFFREY C. CLARK, ET AL. | CIVIL ACTION |
| VERSUS | |
| STATE OF LOUISIANA | NO. 00-956-C-M2 |

*consolidated with*

| | |
|---|---|
| NORMAN BROWN, ET AL. | CIVIL ACTION |
| VERSUS | |
| RICHARD STALDER, ET AL. | NO. 00-957-C-M2 |

*consolidated with*

| | |
|---|---|
| DONALD WILLIAMSON | CIVIL ACTION |
| VERSUS | |
| RICHARD STALDER, ET AL. | NO. 00-959-C-M2 |

*consolidated with*

| | |
|---|---|
| DAVID BROWN | CIVIL ACTION |
| VERSUS | |
| RICHARD STALDER, ET AL. | NO. 00-6-C-M2 |

*consolidated with*

| | |
|---|---|
| ROBERT C. CARLEY | CIVIL ACTION |
| VERSUS | |
| RICHARD STALDER, ET AL. | NO. 00-7-C-M2 |

*consolidated with*

| | |
|---|---|
| JEFFREY C. CLARK | CIVIL ACTION |
| VERSUS | |
| RICHARD STALDER, ET AL. | NO. 00-8-C-M2 |

*consolidated with*

| | |
|---|---|
| BARRY S. EDGE | CIVIL ACTION |
| VERSUS | |
| RICHARD STALDER, ET AL. | NO. 00-9-C-M2 |

**ORDER**

Considering the foregoing; — The motion is DENIED

~~IT IS ORDERED that enforcement of the magistrate judge's discovery order of July 23, 2004, is hereby stayed pending a ruling from the district judge on defendants' appeal of the discovery order.~~

BATON ROUGE, LOUISIANA this 10th day of August, 2004.

_____
U. S. DISTRICT JUDGE